NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERDIEMCO LLC,**
*Plaintiff-Appellant*

**v.**

**NEXTRAQ LLC,**
*Defendant-Appellee*

---

2024-1621

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:23-cv-00193-MHC, Judge Mark H. Cohen.

---

## JUDGMENT

---

MEREDITH LEIGH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for plaintiff-appellant. Also represented by CHARLES A. PANNELL, III; BENJAMIN CAPPEL, Chicago, IL.

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for defendant-appellee. Also represented by JOHN D. MURNANE, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 15, 2026
Date

Jarrett B. Perlow
Clerk of Court